## (May 26, 1966)

■ ELVIRA ARENWALD, Respondent, v. JOHN PLATT REALTY CORP., Appellant, and ELEVATOR SUPPLIES CO., INC., Respondent.— Appeal from judgment entered on June 11, 1965, dismissed, as academic, without costs or disbursements. No opinion. Amended judgment entered on December 1, 1965, unani-

mously affirmed, with $50 costs and disbursements to the respondents, but, under the circumstances, without prejudice to a separate action on the gravamen of the appellant's cross complaint if the defendant-appellant be so advised. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.